UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TECNOMATIC, S.p.A., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>REMY, INC., )<br>HANSON SYSTEMS, LLC, )<br>D/B/A EAGLE TECHNOLOGIES GROUP, )<br>ODAWARA AUTOMATION, INC., )<br>REMY INTERNATIONAL, INC., )<br>DELCO REMY MEXICO, S.R.L. de C.V., )<br>REMY COMPONENTES S. de R.L. de C.V., )<br>and DOES 1-10, )<br>)<br>Defendants. ) | Case No. 1:11-cv-00991-JMS-TAB |

**DEFENDANT HANSON SYSTEMS, LLC,
D/B/A EAGLE TECHNOLOGIES GROUP'S
<u>MOTION TO DISMISS</u>**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Hanson Systems, LLC, d/b/a Eagle Technologies Group ("Eagle"), moves to dismiss the Complaint filed by Plaintiff Tecnomatic, S.p.A. ("Tecnomatic"), for the following reasons:

(1) the trade-secrets claim (Count VI) against Eagle is barred by the statute of limitations;

(2) the claims against Eagle for tortious interference with contract (Count XIII) and tortious interference with business relations (Count XIV) are barred by the statute of limitations; and

(3) the unjust-enrichment claim (Count XV) is preempted by the Uniform Trade Secrets Act and is duplicative of the trade-secrets claim.

In support of this motion to dismiss, Eagle is contemporaneously filing a supporting brief. For the reasons discussed in its brief, Eagle respectfully requests that the Court grant the

- 1 -

motion to dismiss and award Eagle all other just and proper relief.

                                                Respectfully submitted:

/s/ *Patrick D. Murphy*        .
Patrick D. Murphy (14312-49)
Charles P. Rice (14640-71)
Boveri Murphy Rice, LLP
400 Plaza Building
210 South Michigan Street
South Bend, IN 46601
574-232-0300
574-232-0400 (fax)
pmurphy@bmrllp.com
crice@bmrllp.com

***Attorneys for Defendant Hanson Systems, LLC, d/b/a Eagle Technologies Group***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document, "Defendant Hanson Systems, LLC, d/b/a Eagle Technologies Group's Motion to Dismiss," was electronically filed on August 10, 2011, with the Clerk of the Court using CM/ECF system, which sent electronic notification of such filing to the following counsel of record:

S. Patrick McKey (patrick.mckey@bryancave.com);
Kara E. F. Cenar (kara.cenar@bryancave.com);
Paula L. Zecchini (paula.zucchini@bryancave.com);
Mariangela M. Seale (merili.seal@bryancave.com);
Donald A. Cole (donald.cole@bryancave.com);
Andrew C. Warnecke (andrew.warnecke@bryancave.com);
James E. Michel (jmichel@btlaw.com);
Joseph H. Yeager, Jr. (jay.yeager@bakerd.com);
David M. Allen (david.allen@bakerd.com);
Colby Anne Kingsbury (colby.kingsbury@bakerd.com);
Trina K. Taylor (trina.taylor@bakerd.com); and
Victoria L. Nilles (Victoria.Nilles@ThompsonHine.com).

                                              /s/ *Patrick D. Murphy*        .
                                              Patrick D. Murphy (14312-49)