```
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF INDIANA
                      INDIANAPOLIS DIVISION


REMY INC.                             )
          Plaintiff,                  )
                                      )
     vs.                              )
                                      )
TECNOMATIC, S.P.A.,                   )
                                      )
          Defendant,                  )
_____)
                                      )
TECNOMATIC, S.P.A.,                   )
          Plaintiff,                  )
                                      )
     vs.                              ) 1:11-cv-00991-SEB-MJD
                                      )
REMY, INC.,                           )
HANSON SYSTEMS, LLC D/B/A EAGLE       )
TECHNOLOGIES GROUP,                   )
ODAWARA AUTOMATION, INC.,             )
REMY INTERNATIONAL, INC.,             )
DELCO REMY MEXICO, S.R.L. DE          )
C.V.,                                 )
REMY COMPONENTES S. DE R.L. DE        )
C.V.,                                 )
1-10 DOES,                            )
                                      )
          Defendants.                 )
```

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DEFENDANT TECNOMATIC S.P.A.'S MOTION TO EXCLUDE EXPERT REPORT**

The Court has reviewed and considered the Magistrate Judge's Report and Recommendation (Docket No. 176) regarding Defendant Tecnomatic S.P.A., Inc.'s Motion to Exclude Expert Report of William S. Howard. No objections to the Report and Recommendation have been filed, and the time for filing such objections has expired.

The Court, having given consideration to the issue presented pursuant to Title 28 U.S.C. § 636(b)(1)(B), and being duly advised in the premises, finds that the Magistrate Judge's Report and Recommendation is well reasoned and supported by the facts, as well as the law. Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation in full and incorporates it by reference herein.

Accordingly, Defendant Tecnomatic S.P.A., Inc.'s Motion to Exclude Expert Report of William S. Howard [docket 131] is GRANTED in PART and DENIED in PART.

IT IS SO ORDERED.

Dated: 02/14/2012

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution List:


David M. Allen
FAEGRE BAKER DANIELS LLP - Chicago
david.allen@faegrebd.com

Kara E. F. Cenar
BRYAN CAVE LLP
kara.cenar@bryancave.com

Donald Cole
Byan Cave LLP.
donald.cole@bryancave.com

Charles D. Cooper
THOMPSON HINE LLP
chad.cooper@thompsonhine.com

Ryan Michael Hurley
FAEGRE BAKER DANIELS LLP - Indianapolis
ryan.hurley@FaegreBD.com

David P. Irmscher
FAEGRE BAKER DANIELS LLP - Indianapolis
david.irmscher@faegrebd.com

Colby Anne Kingsbury
FAEGRE BAKER DANIELS LLP - Chicago
colby.kingsbury@FaegreBD.com

Thomas A. Knoth
THOMPSON HINE LLP
tom.knoth@thompsonhine.com

S. Patrick McKey
BRYAN CAVE LLP
patrick.mckey@bryancave.com

Patrick David Murphy
BOVERI MURPHY RICE  LLP
pmurphy@bmrllp.com

Nicholas W. Myles
THOMPSON HINE LLP
nicholas.myles@thompsonhine.com

Fred Anthony Paganelli
TAFT STETTINIUS & HOLLISTER LLP
paganelli@taftlaw.com

Charles P. Rice
BOVERI MURPHY RICE, LLP
crice@bmrllp.com

Mariangela M. Seale
BRYAN CAVE LLP
merili.seale@bryancave.com

Trina Kissel Taylor
FAEGRE BAKER DANIELS LLP - Chicago
trina.taylor@faegrebd.com

Andrew C. Warnecke
Bryan Cave LLP
andrew.warnecke@bryancave.com

Scott A. Weathers
THE WEATHERS LAW OFFICE

scott@sawlaw.net

Joseph H. Yeager Jr
FAEGRE BAKER DANIELS LLP - Indianapolis
jay.yeager@FaegreBD.com

Paula L Zecchini
BRYAN CAVE LLP
paula.zecchini@bryancave.com